JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MONGE, an individual; on behalf of himself, all others similarly situated, and the general public,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1 through 20, Inclusive,<br><br>　　　　　Defendant. | Case No.: 2:21-cv-09175-MWF (AFMx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of the instant action, without prejudice. Each party shall bear its own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

DATED: April 12, 2022　　　　　_____
　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　United States District Judge